United States District Court
Northern District of Ohio
Clerk's Office
801 West Superior Avenue  DEC 20  P 12: 25
Cleveland, Ohio 44113

December 15, 2010

Clerk of Court
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV 89101-7065

re: Netbank v Commercial Money Center, Inc. et al
Northern District of Ohio Case No.   **1:02-16010**
District of Nevada                   **2:02-1051-KJD-LRL**

Pursuant to Conditional Remand Order filed in the Northern District of Ohio on November 12, 2010 case listed above is remanded to the District of Nevada

Please acknowledge receipt of certified copy of Conditional Remand Order, Stipulation of the Contents of the Record to be Remanded and certified copy of thedocket sheet by returning a time-stamped copy of this memo in enclosed envelope.

All documents are available on the internet at http://ecf.ohnd.uscourts.gov. If you would prefer to have any of the documents e-mailed to you please provide us with a list of the documents required and a contact for your office.

You can contact me at the e-mail address listed below for any further assistance.

Renee Schumitsh
MDL Coordinator
Renee_Schumitsh@ohnd.uscourts.gov
(216) 357-7017

